FILED
AUG 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PROB 22

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
|---|
| 3:04-cr-0183-LRH-RAM; 3:05-cr-0176-LRH-RAM |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR13-00545 JSW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesse Scott | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/12/12 — TO 9/11/17 |

**OFFENSE**

Bank Robbery
Carrying a Firearm During a Crime of Violence
Bank Robbery

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

March 28, 2013

Date                                                                United States District Judge

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/12/13

Effective Date                                                      United States District Judge